UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRENDA CRISWELL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | )   Case No. 4:11CV96 FRB |
| | ) |
| CREDITORS FINANCIAL GROUP, LLC, | ) |
| | ) |
|     Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Notice Of Dismissal (Docket No. 3), in which Plaintiff advises the Court that she and the defendant have stipulated to the dismissal of her claims with prejudice,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint and all of her claims and causes of action arising herein are dismissed with prejudice.

                                        */s/ Frederick R. Buckles*
                                        Frederick R. Buckles
                                        UNITED STATES MAGISTRATE JUDGE

Dated this 2nd day of March, 2011.